United States District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL WALL,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CASE NO. 2:18-cv-714

ORDER FOR EAJA FEES

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the total amount of $1,722.32 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), shall be awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Amy Gilbrough.

Whether the check is made payable to Plaintiff, or to Amy Gilbrough, the check shall be mailed to Ms. Gilbrough at the following address: 1904 Third Ave., Suite 1030, Seattle, Washington 98101.

ORDER FOR EAJA FEES
[No. 2:18-cv-714] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue Suite 1030
Seattle, WA 98101
(206) 623-0900

Dated this 7 day of January, 2019.

*[signature]*
BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

S/AMY M. GILBROUGH
AMY M. GILBROUGH
Attorney for Plaintiff

ORDER FOR EAJA FEES
[No. 2:18-cv-714] - 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue  Suite 1030
Seattle, WA 98101
(206) 623-0900